NO. 07-02-0321-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

MARCH 26, 2003

_____

CHRIS WILKERSON, ABBY WILKERSON, AND WENDY WILKERSON,
INDIVIDUALLY AND AS SURVIVING CHILDREN OF THE ESTATE OF
MARGARET WILKERSON, DECEASED, APPELLANTS

V.

TEXAS DEPARTMENT OF TRANSPORTATION, APPELLEE

_____

FROM THE 72ND DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2000-509,421; HONORABLE BLAIR CHERRY, JR., JUDGE

_____

Before QUINN and REAVIS, JJ. and BOYD, S.J.[1]

**MEMORANDUM OPINION[2]**

---

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.

[2]Tex. R. App. P. 47.4.

Appellants filed a notice of appeal from the trial court's order granting the plea to the jurisdiction of the Texas Department of Transportation and dismissing their suit. Following oral submission, appellants filed a motion to dismiss this appeal. Without passing on the merits of the case, the motion for voluntary dismissal is granted, and the appeal is hereby dismissed. Tex. R. App. P. 42.1(a)(2).

Don H. Reavis
Justice